# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelley Justin Mace,<br><br>            Plaintiff,<br><br>v.<br><br>Wells Fargo Bank NA, et al.,<br><br>            Defendants. | No. CV-23-02426-PHX-MTL<br><br>**ORDER** |

Pursuant to the Court's Order filed May 16, 2024 (Doc. 27), and Plaintiff not having filed an amended complaint,

**IT IS ORDERED** dismissing this action without prejudice to refiling.

**IT IS FURTHER ORDERED** directing the Clerk of Court to close this case.

Dated this 18th day of June, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge